AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ISAIAS GARCIA

Plaintiff(s)

v.

BROWARD LANDSCAPE, INC. and ADAM BAKER

Defendant(s)

CASE NO: 17-cv-61511-MIDDLEBROOKS/Brannon

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   BROWARD LANDSCAPE, INC.
7501 WILES ROAD, STE. 106A
CORAL SPRINGS, FLORIDA 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GALLARDO LAW OFFICE
8492 SW 8TH STREET
MIAMI, FLORIDA 33144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 31, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ISAIAS GARCIA | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  CASE NO: 17-cv-61511-MIDDLEBROOKS/Brannon |
| BROWARD LANDSCAPE, INC. and ADAM BAKER | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADAM BAKER
7501 WILES ROAD, STE. 106A
CORAL SPRINGS, FLORIDA 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  GALLARDO LAW OFFICE
8492 SW 8TH STREET
MIAMI, FLORIDA 33144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 31, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts